```
IN THE UNITED STATES DISTRICT COURT
  FOR THE WESTERN DISTRICT OF TENNESSEE
            WESTERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>   Plaintiff,              )<br>)<br>v.                            )<br>)<br>**AHMED GRANT**                 )<br>**dba M.G. Services, LLC,**    )<br>)<br>   Defendant.             )<br>) | No. 2:11-cv-02576 |

## ORDER DIRECTING THE CLERK OF COURT TO INVEST FUNDS IN AN INTEREST-BEARING ACCOUNT

On August 30, 2011, the Court granted the Government's <u>Ex-Parte</u> Motion for Entry of Order, directing the Internal Revenue Service to deposit interpled funds of $1,028,921 with the Clerk of Court. (<u>See</u> Order Granting Ex Parte Mot. for Entry of Order, ECF No. 164.) Pursuant to that Order, the Court directs the Clerk of Court to invest the deposited funds in an interest-bearing account until further notice from the Court.

It is so ORDERED this 20th day of September, 2011.

s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE