```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      11-2576 Ma V

AHMEN GRANT
d/b/a M.G. Services, LLC,

    Defendant.

---

### ORDER ON STIPULATION BETWEEN IRENE WHITTEN AND THE UNITED STATES AND FOR ENTRY OF ORDER

---

Before the court is the March 14, 2012 joint stipulation between Irene Whitten and the United States and a motion for entry of an order (docket entry 257). For good cause shown, it has been found that Irene Whitten has no interest in the interpled funds and she is further dismissed from this matter.

It is so ORDERED this <u>20th</u> day of March, 2012.

                                      <u>s/Samuel H. Mays, Jr.</u>
                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE